IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br>Oakwood Homes Corporation,<br>et al.,<br><br>        Debtors. | Chapter 11<br><br>Case No. 02-13396 (PJW)<br><br>Jointly Administered |
| OHC Liquidation Trust,<br><br>              Plaintiff,<br><br>    v.<br><br>Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100,<br><br>              Defendants. | Adversary Proceeding<br>No. 04-57060<br><br>**Re: Adv. D.I. Nos. 207, 208** |

**DEFENDANTS' NOTICE OF APPEAL**

PLEASE TAKE NOTICE that Defendants Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit

1

Suisse First Boston (U.S.A.), Inc.) (collectively, "Defendants" or "Credit Suisse"), hereby appeal under 28 U.S.C. § 158(a)(3) and pursuant to Fed. R. Bankr. P. 8001(b) and 8003 from the Memorandum Opinion and Order granting Plaintiff's Motion for a Determination of Plaintiff's Rights to a Jury Trial, entered November 15, 2007. (Adv. Proc. D.I. Nos. 207, 208.) Defendants' Motion for Leave to Appeal accompanies this Notice of Appeal.

The names of all parties to the Order appealed from and the names, addresses, and telephone numbers of their respective attorneys are set forth below:

| | |
|---|---|
| OHC Liquidation Trust | Marla Rosoff Eskin (No. 2989)<br>Kathleen Campbell Davis (No. 4229)<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, Delaware  19801<br>Telephone:  (302) 426 1900 |
| | Tony Castañares<br>Stephan M. Ray<br>Scott H. Yun<br>Whitman L. Holt<br>Stutman, Treister & Glatt, P.C.<br>1901 Avenue of the Starts, 12th Floor<br>Los Angeles, CA 90067<br>Telephone:  (310) 228-5600 |

Dated: November 26, 2007
       Wilmington, Delaware

By: _____

Mark D. Collins (No. 2981)
Russell C. Silberglied (No. 3462)
Lee E. Kaufman (No. 4877)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware  19801
(302) 651-7700

-and-

R. Paul Wickes
Mary K. Warren
Michael J. Osnato, Jr.
J. Justin Williamson
LINKLATERS
1345 Avenue of the Americas
New York, New York  10105
(212) 903-9000

Attorneys for Defendants