## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Oakwood Homes Corporation, et al., | ) Bankruptcy Case No. |
| | ) 02-13396 (PJW) |
| | ) |
| Debtors. | ) Jointly Administered |
| _____ | ) |
| OHC Liquidation Trust, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adversary Proceeding No. |
| | ) 04-57060 (PJW) |
| Credit Suisse (f/k/a Credit Suisse First Boston, a Swiss banking corporation), Credit Suisse Securities (USA), LLC (f/k/a Credit Suisse First Boston LLC), Credit Suisse Holdings (USA), Inc. (f/k/a Credit Suisse First Boston, Inc.), and Credit Suisse (USA), Inc. (f/k/a Credit Suisse First Boston (U.S.A.), Inc.), the subsidiaries and affiliates of each, and Does 1 through 100, | ) |
| | ) Civil Case Nos. |
| | ) 07-cv-00799 |
| | ) 07-mc-00215 |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DISCLOSURE STATEMENT PURSUANT TO FEDERAL RULE OF CIVIL <u>PROCEDURE 7.1</u>**

The undersigned are counsel to the OHC Liquidation Trust (the "**Trust**").  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned hereby certify that the Trust is a liquidation trust.  The duly appointed trustee of the Trust, who exercises legal control over the Trust's property, is Alvarez & Marsal, LLC.  The beneficiaries of the Trust are the creditors of Oakwood Homes Corporation and its affiliated debtors, as set forth in (1) the "Second Amended Joint Consolidated Plan of Reorganization of Oakwood Homes Corporation and Its Affiliated Debtors and Debtors in Possession" [Bankr. D.I. No. 3503] (the "**Plan**"), which Plan was confirmed via an order entered on March 31, 2004 in the jointly-administered bankruptcy cases entitled *In re Oakwood Homes Corporation, et al.*, Case No. 02-13396 (PJW), pending before the United States Bankruptcy Court for the District of Delaware [Bankr. D.I. No. 3937]; and (2) the related Liquidation Trust Agreement dated April 13, 2004.

Respectfully submitted,

Dated:  December 10, 2007
Wilmington, Delaware

/s/*Marla Rosoff Eskin*
MARLA ROSOFF ESKIN (No. 2989)
KATHLEEN CAMPBELL DAVIS (No. 4229)
CAMPBELL & LEVINE, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

1

    -and-

TONY CASTAÑARES (CA SBN 47564)
STEPHAN M. RAY (CA SBN 89853)
SCOTT H. YUN (CA SBN 185190)
WHITMAN L. HOLT (CA SBN 238198)
STUTMAN, TREISTER & GLATT, P.C.
1901 Avenue of the Stars, 12th Fl.
Los Angeles, CA 90067
(310) 228-5600

  Special Counsel for the
  OHC Liquidation Trust

2

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Oakwood Homes Corporation, et ) | Case No. 02-13396 (PJW) |
| al., ) | |
| ) | Jointly Administered |
| Debtors. ) | |
| _____ ) | |
| OHC Liquidation Trust, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding No. |
| v. ) | 04-57060 (PJW) |
| ) | |
| Credit Suisse (f/k/a Credit ) | Civil Case Nos. 07-799 |
| Suisse First Boston, a Swiss ) | 07-215 |
| banking corporation), Credit ) | |
| Suisse Securities (USA), LLC ) | |
| (f/k/a Credit Suisse First ) | |
| Boston LLC), Credit Suisse ) | |
| Holdings (USA), Inc. (f/k/a ) | |
| Credit Suisse First Boston, ) | |
| Inc.), and Credit Suisse (USA), ) | |
| Inc. (f/k/a Credit Suisse First ) | |
| Boston (U.S.A.), Inc.), the ) | |
| subsidiaries and affiliates of ) | |
| each, and Does 1 through 100, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**CERTIFICATE OF SERVICE**

I, Kathryn S. Keller, of Campbell & Levine, LLC, hereby certify that on December 10, 2007, I caused a copy of the *Disclosure Statement Pursuant to Federal Rule of Civil Procedure 7.1* to be served upon the individuals listed below via the method indicated.

{D0096493.1 }

| | |
|---|---|
| Lee E. Kaufman, Esq.<br>Russell C. Silberglied, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>**VIA HAND DELIVERY** | Mary K. Warren, Esq.<br>Michael Osnato, Esq.<br>J. Justin Williamson, Esq.<br>Paul R. Wickes, Esq.<br>Linklaters<br>1345 Avenue of the Americas<br>Nineteenth Floor<br>New York, NY 10105<br>**VIA FEDERAL EXPRESS** |

Dated: December 10, 2007    CAMPBELL & LEVINE, LLC

*/s/ Kathryn S. Keller*
Marla Rosoff Eskin (No. 2989)
Kathryn S. Keller (No. 4660)
800 N. King Street, Suite 300
Wilmington, DE 19801
(302) 426-1900

{D0096493.1 }